# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROKOPIEV, ALEXEI BORIS<br><br>               Petitioner,<br>   v.<br>THOMAS HOMAN, et al.,<br><br>               Respondents. | Case No. SA CV 18-01315 PA (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Moot,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: October 9, 2018

                                                  PERCY ANDERSON
                                  UNITED STATES DISTRICT JUDGE